PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ INFORMATION  ☑ INDICTMENT

Matter Sealed: ☐ Juvenile  ☑ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☐ Indictment  ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT — Las Vegas
DISTRICT OF NEVADA — Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: Ellenrose Jarmolowich
☐ U.S. Atty  ☐ Other U.S. Agency
Phone No. (702) 388-6336

Name of Asst. U.S. Attorney (if assigned): ALLISON REESE

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
Willie Byrd and Joseph Scibelli ~ DEA

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense _____ County _____

CASE NO. 2:20-cr-18

USA vs.
Defendant: RENATO CONSUEGRA-CLEMENTE
Aka "Tito"
Address:

FILED / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD
FEB - 4 2020
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

☐ Interpreter Required  Dialect: _____

Birth Date: _____    ☑ Male  ☐ Female    ☐ Alien (if applicable)

Social Security Number _____

**DEFENDANT**

Issue: ☑ Warrant  ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____
☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

| OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS |
|---|

Total # of Counts: 3

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
|  | 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A)(viii) | Conspiracy to Distribute a Controlled | 1 |
|  |  | Substance (Methamphetamine) |  |
|  | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii) | Distribution of a Controlled Substance With Intent | 2 |
|  | 18 U.S.C. § 2    Aiding and Abetting | to Distribute (Methamphetamine) |  |
|  | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii) | Distribution of Controlled Substance With Intent Distribute | 3 |