AO 442 (Rev. 01/09) Arrest Warrant

11078258

# UNITED STATES DISTRICT COURT
for the
District of Nevada

FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 11 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

United States of America )
v. )
) Case No. 2:20-cr-18
RENATO CONSUEGRA-CLEMENTE )
*Defendant* )

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* RENATO CONSUEGRA-CLEMENTE,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A)(viii) ~ Conspiracy to Distribute a Controlled Substance (Methamphetamine)
21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii) ~ Distribution of a Controlled Substance With Intent to Distribute (Methamphetamine)
21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii) ~ Distribution of a Controlled Substance With Intent to Distribute (Methamphetamine)
18 U.S.C. § 2 – Aiding and Abetting

Date: 2/04/20 Las Vegas, NV

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

### Return

This warrant was received on *(date)* 2/4/2020, and the person was arrested on *(date)* 2/10/2020
at *(city and state)* LAS VEGAS, NV.

Date: 2/10/2020

_____
*Arresting officer's signature*
For DEA
*Printed name and title*