```
___ FILED       ___ RECEIVED
___ ENTERED     ___ SERVED ON
                COUNSEL/PARTIES OF RECORD

        FEB 24 2020

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY: _____ DEPUTY
```

RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
PAUL D. RIDDLE
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Paul_Riddle@fd.org

Attorney for Renato Consuegra-Clemente

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RENATO CONSUEGRA-CLEMENTE,<br><br>Defendant. | Case No. 2:20-cr-018-JCM-EJY<br><br>**NOTICE OF APPEARANCE** |

Pursuant to the Court's order, notice is hereby given that Assistant Federal Public Defender Paul D. Riddle will serve as counsel for the above captioned defendant.

Counsel's address is as follows:

> Federal Public Defender
> 411 E. Bonneville Ave., Suite 250
> Las Vegas, Nevada 89101

DATED this 24th day of February, 2020.

                            RENE L. VALLADARES
                            Federal Public Defender

                        By: /s/ Paul D. Riddle
                            PAUL D. RIDDLE
                            Assistant Federal Public Defender
                            Attorney for Renato Consuegra-Clemente

## **CERTIFICATE OF MANUAL SERVICE**

The undersigned hereby certifies that he is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on February 24, 2020, he served a physical copy of the above and foregoing **NOTICE OF APPEARANCE** by FPD Runner to the person named below:

NICHOLAS A. TRUTANICH
United States Attorney
501 Las Vegas Blvd. South
Suite 1100
Las Vegas, NV 89101

_____
Employee of the Federal Public Defender

2