## Motion Requesting Pre-trial Release
CAse # 2:20-cr-00018-JMC-EJ

Honorable Judge Mahan,

My name is Renato Consverago-Clemente, a m currently being housed at Nevada Southern Detention Center. I am writing this letter to plead with this Court to Allow me pre-trial release until my court date on June 16 2021. The prosecution stated in court that I could be a flight Risk but this simply would never happen. I came to the United States when I was 15 years old (24 years ago) I have never had a life in Mexico and I would not know how to live there. I have been married 8 years and have children in this country. The United States is my country.

In the community I work hard and have a loving family. I have made mistakes in my life and in my marriage. My children (twins) were from an extra marital affair. My wife chose to forgive me and we brought the children in our home to raise as ours. One month after I was arrested family services came and took the children. I am now in jepordy of losing my children to the system if I cannot prove that I am the father. This has caused tremendous heart ache for me and my wife who has come to look at the children as ours. I have until April 20th.

Prior to my current charge I had never been in trouble in my life. I am a good man who works hard. I have worked for the same employer (here in Las Vegas)

for 17 years. I also have a auto detail business (licensed & registered) that I run on the side.
Your Honor I beg you to grant me pre-trial release to save my children from a life in foster care and to prove to this Court that I am worthy of its trust.

Respectfully Submitted,
Renato Consverago-Clemente
1/14/2021

References; Mario Garcia (Garcia lawn service) 702-303-3852
Ana Rebeca Mares (wife)            702-472-1191

Renato Ansuega - Clemente 56137-048
Nevada Southern Detention Center
2190 E. Mesquite Av.
Pahrump NV. 89060

LAS VEGAS NV 890
15 JAN 2021 PM 3 L

This correspondence originated from a detention facility. The facility is not responsible for the contents herein.

VFD U.S. MARSHAL Clerk of Court Office
Lloyd D. George Federal Courthouse
333 Las Vegas Blvd. S.
Las Vegas NV 89101

89101-706599

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
JAN 19 2021
COUNSEL/PARTIES OF RECORD