# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00018-JCM-EJY-1 |
| Plaintiff, | **ORDER** |
| v. | |
| RENATO CONSUEGRA-CLEMENTE, | |
| Defendant. | |

This matter is before the Court on the Government's Motion to Strike *Pro Se* Filing (ECF No. 33), filed on January 20, 2021. The Government moves to strike the defendant's *pro se* filing (ECF No. 32) filed on January 19, 2021.

Under Local Rule IA 11-6(a), a represented party cannot personally file documents with the court. All filings must be made by his or her attorney. Defendant is represented by attorney Paul Riddle.

**IT IS THEREFORE ORDERED** that the Government's Motion to Strike (ECF No. 33) is GRANTED. The Clerk of Court shall STRIKE Defendant's *pro se* filing (ECF No. 32).

DATED: January 22, 2021

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE