RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHERINE TANAKA
Assistant Federal Public Defender
California State Bar No. 314082
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Katherine_Tanaka@fd.org

Attorney for Renato Consuegra-Clemente

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>RENATO CONSUEGRA-CLEMENTE,<br><br>  Defendant. | Case No. 2:20-cr-00018-JCM-EJY<br><br>**NOTICE OF APPEARANCE** |

Pursuant to the Court's order, notice is hereby given that Assistant Federal Public Defender Katherine Tanaka will serve as counsel for the above captioned defendant.

Counsel's address is as follows:

> Federal Public Defender
> 411 E. Bonneville Ave., Suite 250
> Las Vegas, Nevada 89101

DATED this 11th day of August 2021.

RENE L. VALLADARES
Federal Public Defender

By: */s/ Katherine Tanaka*
KATHERINE TANAKA
Assistant Federal Public Defender
Attorney for Renato Consuegra-Clemente

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on August 11, 2021, she served an electronic copy of the above and foregoing Notice of Appearance by electronic service (ECF) to the person named below:

> CHRISTOPHER CHIOU
> Acting United States Attorney
> ALLISON REESE
> Assistant United States Attorney
> 501 Las Vegas Blvd. South
> Suite 1100
> Las Vegas, NV 89101

> /s/ Rosana Aporta
> Employee of the Federal Public Defender