RENATO L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHERINE TANAKA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Katherine_Tanaka@fd.org

Attorney for Renato Consuegra-Clemente

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>RENATO CONSUEGRA-CLEMENTE,<br><br>    Defendant. | Case No. 2:20-cr-018-JCM-EJY<br><br>**STIPULATION TO CONTINUE TRIAL DATES**<br>(Seventh Request) |

  IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine Tanaka, Assistant Federal Public Defender, counsel for Renato Consuegra-Clemente, that the calendar call currently scheduled for May 4, 2022, and the trial currently scheduled for May 9, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

  This Stipulation is entered into for the following reasons:

  1.  Mr. Consuegra-Clemente intends to plead to the underlying charges.

  2.  Counsel for the defendant needs additional time to meet and prepare with client.

  3.  The defendant is incarcerated and does not object to the continuance.

4.  The parties agree to the continuance.

5.  The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively complete investigation of the discovery materials provided.

6.  Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

This is the seventh request to continue trial dates filed herein.

DATED this 13th day of April 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By /s/ Katherine Tanaka<br>KATHERINE TANAKA<br>Assistant Federal Public Defender | By /s/ Allison Reese<br>ALLISON REESE<br>Assistant United States Attorney |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RENATO CONSUEGRA-CLEMENTE,<br><br>    Defendant. | Case No. 2:20-cr-018-JCM-EJY<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

### FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defense counsel needs additional time to meet with Mr. Consuegra-Clemente and conduct investigation and review discovery to determine whether the case will ultimately go to trial or be resolved through negotiations.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively complete investigation of the discovery materials provided.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), when considering the facts under Title 18, United States Code, §§ 316(h)(7)(B) and 3161(h)(7)(B)(iv).

**ORDER**

IT IS THEREFORE ORDERED that trial briefs, proposed voir dire questions, proposed jury instructions, and a list of the Government's prospective witnesses must be electronically submitted to the Court by the _____ day of _____, 2022, by the hour of 4:00 p.m.

IT IS FURTHER ORDERED that the calendar call currently scheduled for May 4, 2022, at 1:30 p.m., be vacated and continued to _____ at the hour of ___:___ __.m.; and the trial currently scheduled for May 9, 2022, at the hour of 9:00 a.m., be vacated and continued to_____ at the hour of ___:___ __.m.

DATED this _____ day of April 2022

_____
UNITED STATES DISTRICT JUDGE