RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHERINE TANAKA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Katherine_Tanaka@fd.org

Attorney for Renato Consuegra-Clemente

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>RENATO CONSUEGRA-CLEMENTE,<br><br>        Defendant. | Case No. 2:20-cr-018-JCM-EJY<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

    IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine Tanaka, Assistant Federal Public Defender, counsel for Renato Consuegra-Clemente, that the Sentencing hearing currently scheduled for September 7, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

    This Stipulation is entered into for the following reasons:

    1.    The parties are requesting a continuance to allow sufficient time for the parties to schedule and complete the Safety Valve proffer required by 18 U.S.C. § 3553(f)(5).

2. The defendant is incarcerated and does not object to the continuance.

This is the first request to continue sentencing hearing filed herein.

DATED this 1st day of September 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Katherine Tanaka*<br>KATHERINE TANAKA<br>Assistant Federal Public Defender | By */s/ Allison Reese*<br>ALLISON REESE<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-018-JCM-EJY |
| Plaintiff, | ORDER |
| v. | |
| RENATO CONSUEGRA-CLEMENTE, | |
| Defendant. | |

**ORDER**

IT IS THEREFORE ORDERED the sentencing hearing currently scheduled for September 7, 2022, at the hour of 10:30 a.m., be vacated and continued to_____ at the hour of ___:___ __.m.

DATED this ____ day of September 2022

_____
UNITED STATES DISTRICT JUDGE