JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
ALLISON REESE
Assistant United States Attorney
Nevada Bar Number 13977
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-5087
Allison.Reese@usdoj.gov
*Attorneys for United States of America*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>RENATO CONSUEGRA-CLEMENTE,<br><br>          Defendant. | Case No: 2:20-cr-00018-JCM-EJY<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Assistant Federal Public Defender Katherine Tanaka, counsel for Defendant RENATO CONSUEGRA-CLEMENTE, that the Sentencing hearing currently set for October 14, 2022, at 10:30 a.m., be continued for two (2) weeks or a date convenient for the Court.

This stipulation is entered for the following reasons:

1. Counsel for the government will be unavailable on October 14, 2022 for the currently scheduled sentencing hearing.

2. The Defendant is in custody and agrees to this continuance.

3.  The parties agree to the continuance.

4.  This is the second request for a continuance of the sentencing date.

DATED this 3rd day of October, 2022.

    Respectfully submitted,

    JASON M. FRIERSON
    United States Attorney

    /s/  Allison Reese
    _____
    ALLISON REESE
    Assistant United States Attorney


    /s/  Katherine Tanaka
    _____
    KATHERINE TANAKA, AFPD
    Counsel for Defendant
    RENATO CONSUEGRA-CLEMENTE

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RENATO CONSUEGRA-CLEMENTE,<br><br>Defendant. | Case No: 2:20-cr-00018-JCM-EJY<br><br>**ORDER** |

### FINDINGS OF FACT

Based on the stipulation of Counsel, and good cause appearing, the Court finds that:

1. Counsel for the government will be unavailable on October 14, 2022 for the currently scheduled sentencing hearing.

2. The Defendant is in custody and agrees to this continuance.

3. The parties agree to the continuance.

For all of the above-stated reasons, the end of justice would best be served if Defendant's sentencing was rescheduled.

### ORDER

IT IS HEREBY ORDERED, that the Sentencing hearing, currently scheduled for October 14, 2022, at 10:30 a.m., be vacated and continued to **November 16, 2022, at 11:00 a.m.**

Dated October 4, 2022

_____
HON. JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE