# EXHIBIT A

# EXHIBIT A

Certificate of Achievement



is hereby granted to

# CLEMENTE,CONSUEGRA

to certify that he/she has completed to satisfaction

## Volunteer Marshall Detainee
## Program Food Service

Granted: December 30, 2021







# Certificate of Completion

*Presented To*

## *RENATO CONSUEGRA- CLEMENTE*

*For Successfully Completing*

**Skillsoft: Uncovering and Utilizing Your Talents and Skills**

*Completion Date :*
*December 21, 2021*

*Course Location :*
*GTL LMS*

*Skillsoft*



# Certificate of Completion

*Presented To*

## *RENATO CONSUEGRA- CLEMENTE*

*For Successfully Completing*

**Skillsoft: Understanding Unconscious Bias**

*Completion Date :*
*December 21, 2021*

*Course Location :*
*GTL LMS*

*Skillsoft*



# Certificate of Completion

*Presented To*

### *RENATO CONSUEGRA- CLEMENTE*

---

*For Successfully Completing*

**Skillsoft: The Art of Staying Focused**

*Completion Date :*
*December 21, 2021*

*Course Location :*
*GTL LMS*

*Skillsoft*



# Certificate of Completion

*Presented To*

### *RENATO CONSUEGRA- CLEMENTE*

*For Successfully Completing*

**Skillsoft: Solving Problems: Generating and Evaluating Alternatives**

*Completion Date :*
*December 21, 2021*

*Course Location :*
*GTL LMS*

*Skillsoft*

# *i-Pathways*

# **Certificate of Completion**

*Presented To*

### *RENATO CONSUEGRA- CLEMENTE*

*For Successfully Completing*

**i-Pathways Test Preparation Course: Math update**

*Completion Date :*
*December 29, 2021*

*Course Location :*
*GTL LMS*

*i-Pathways*

# STARTER U

The Brian Hamilton Foundation hereby certifies

## RENATO CONSUEGRA-CLEMENTE

has completed the Starter U online entrepreneurship course.

Completion Date :
December 24, 2021

Brian Hamilton
Founder, Brian Hamilton Foundation



**BRIAN HAMILTON FOUNDATION**



# Certificate of Completion

*Presented To*

## RENATO CONSUEGRA- CLEMENTE

---

*For Successfully Completing*

**Skillsoft: Making and Carrying Out Tough Decisions**

*Completion Date :*
*December 18, 2021*

*Course Location :*
*GTL LMS*

*Skillsoft*



# Certificate of Completion

*Presented To*

## *RENATO CONSUEGRA- CLEMENTE*

*For Successfully Completing*

**Skillsoft: Take a Deep Breath and Manage Your Stress**

Completion Date :
December 21, 2021

Course Location :
GTL LMS

*Skillsoft*



# Certificate of Completion

*Presented To*

## *RENATO CONSUEGRA- CLEMENTE*

---

*For Successfully Completing*

**Skillsoft: *Establishing Self-confidence for Life***

Completion Date :
December 18, 2021

Course Location :
GTL LMS

*Skillsoft*



# Certificate of Completion

*Presented To*

## *RENATO CONSUEGRA- CLEMENTE*

*For Successfully Completing*

**Skillsoft: Managing Pressure and Stress to Optimize Your Performance**

*Completion Date :*
*December 18, 2021*

*Course Location :*
*GTL LMS*

*Skillsoft*



# Certificate of Completion

*Presented To*

## *RENATO CONSUEGRA- CLEMENTE*

---

*For Successfully Completing*

**Skillsoft: Interacting with Customers**

Completion Date :
December 18, 2021

Course Location :
GTL LMS

*Skillsoft*



# Certificate of Completion

*Presented To*

## *RENATO CONSUEGRA- CLEMENTE*

---

*For Successfully Completing*

**Skillsoft: Overcoming Your Own Unconscious Biases**

*Completion Date :*
*December 20, 2021*

*Course Location :*
*GTL LMS*

*Skillsoft*



# Certificate of Completion

*Presented To*

## *RENATO CONSUEGRA- CLEMENTE*

---

*For Successfully Completing*

**Skillsoft: Overcoming Unconscious Bias in the Workplace**

*Completion Date :*
*December 20, 2021*

*Course Location :*
*GTL LMS*

*Skillsoft*



# Certificate of Completion

*Presented To*

## *RENATO CONSUEGRA- CLEMENTE*

*For Successfully Completing*

**Skillsoft: Reaching Sound Conclusions**

*Completion Date :*
*December 20, 2021*

*Course Location :*
*GTL LMS*

*Skillsoft*



# Certificate of Completion

*Presented To*

### *RENATO CONSUEGRA- CLEMENTE*

---

*For Successfully Completing*

***Skillsoft: Receiving Feedback***

*Completion Date :*
*December 20, 2021*

*Course Location :*
*GTL LMS*

*Skillsoft*



# Certificate of Completion

*Presented To*

## *RENATO CONSUEGRA- CLEMENTE*

---

*For Successfully Completing*

**Skillsoft: Planning an Effective Presentation**

Completion Date :
December 20, 2021

Course Location :
GTL LMS

*Skillsoft*



# Certificate of Completion

*Presented To*

## *RENATO CONSUEGRA- CLEMENTE*

---

*For Successfully Completing*

**Skillsoft: Difficult People: Why They Act That Way and How to Deal with Them**

Completion Date :
December 16, 2021

Course Location :
GTL LMS

*Skillsoft*



# Certificate of Completion

*Presented To*

## *RENATO CONSUEGRA- CLEMENTE*

---

*For Successfully Completing*

### *Skillsoft: Choosing and Using the Best Solution*

*Completion Date :*
*December 16, 2021*

*Course Location :*
*GTL LMS*

*Skillsoft*



# Certificate of Completion

*Presented To*

### RENATO CONSUEGRA- CLEMENTE

*For Successfully Completing*

**Skillsoft: Cultivating Relationships with Your Peers**

Completion Date :
December 16, 2021

Course Location :
GTL LMS

*Skillsoft*



# Certificate of Completion

*Presented To*

## *RENATO CONSUEGRA- CLEMENTE*

---

*For Successfully Completing*

***Skillsoft: Ensuring Successful Presentation Delivery***

*Completion Date :*
*December 18, 2021*

*Course Location :*
*GTL LMS*

*Skillsoft*

# *i*-Pathways

# Certificate of Completion

Presented To

### *RENATO CONSUEGRA- CLEMENTE*

For Successfully Completing

### *i-Pathways Test Preparation Course: Literacy*

Completion Date :
December 28, 2021

Course Location :
GTL LMS

*i-Pathways*



# Peace Education Program
The Prem Rawat Foundation

This certificate acknowledges that

## *RENATO CONSUEGRA- CLEMENTE*

has participated in the Peace Education Program

December 24, 2021



# Certificate of Completion

*Presented To*

## *RENATO CONSUEGRA- CLEMENTE*

*For Successfully Completing*

**Skillsoft: Building Your Presentation**

Completion Date :
December 15, 2021

Course Location :
GTL LMS

*Skillsoft*



# Certificate of Completion

*Presented To*

## *RENATO CONSUEGRA- CLEMENTE*

*For Successfully Completing*

**Skillsoft: Become a Great Listener**

*Completion Date :*
*December 15, 2021*

*Course Location :*
*GTL LMS*

*Skillsoft*

# *i-Pathways*

# Certificate of Completion

## Presented To

### *RENATO CONSUEGRA- CLEMENTE*

---

## For Successfully Completing

**i-Pathways Test Preparation Course: Social Studies**

Completion Date :
December 28, 2021

Course Location :
GTL LMS

*i-Pathways*

# *i-Pathways*

# Certificate of Completion

## Presented To

### *RENATO CONSUEGRA- CLEMENTE*

---

## For Successfully Completing

### *i-Pathways Test Preparation Course: Science*

Completion Date :
December 28, 2021

Course Location :
GTL LMS

*i-Pathways*



**Corrections Rehabilitation Institute**

# Certificate of Completion

*Presented To*

## *RENATO CONSUEGRA- CLEMENTE*

*For Successfully Completing*

**Skill Based Education**

*Completion Date :*
*December 11, 2021*

*Course Location :*
*GTL LMS*

*Corrections Rehabilitation Institute*



**Corrections Rehabilitation Institute**

# Certificate of Completion

*Presented To*

## *RENATO CONSUEGRA- CLEMENTE*

*For Successfully Completing*

**Substance Abuse Education**

*Completion Date :*
*December 11, 2021*

*Course Location :*
*GTL LMS*

*Corrections Rehabilitation Institute*



**Corrections Rehabilitation Institute**

# Certificate of Completion

*Presented To*

## *RENATO CONSUEGRA- CLEMENTE*

---

### *For Successfully Completing*

**Health Education**

*Completion Date :*
*December 14, 2021*

*Course Location :*
*GTL LMS*

*Corrections Rehabilitation Institute*



**Corrections Rehabilitation Institute**

# Certificate of Completion

*Presented To*

## *RENATO CONSUEGRA- CLEMENTE*

---

*For Successfully Completing*

**Job Readiness**

*Completion Date :*
*December 13, 2021*

*Course Location :*
*GTL LMS*

*Corrections Rehabilitation Institute*



**Corrections Rehabilitation Institute**

# Certificate of Completion

*Presented To*

## *RENATO CONSUEGRA- CLEMENTE*

---

*For Successfully Completing*

**Presentation Skills**

*Completion Date :*
*December 11, 2021*

*Course Location :*
*GTL LMS*

*Corrections Rehabilitation Institute*



Corrections Rehabilitation Institute

# Certificate of Completion

*Presented To*

## *RENATO CONSUEGRA- CLEMENTE*

---

### *For Successfully Completing*

**Healthy Coping Skills**

*Completion Date :*
*December 13, 2021*

*Course Location :*
*GTL LMS*

*Corrections Rehabilitation Institute*



**Corrections Rehabilitation Institute**

# Certificate of Completion

*Presented To*

## RENATO CONSUEGRA- CLEMENTE

*For Successfully Completing*

**My SWOT - How to use your Knowledge**

*Completion Date :*
*December 13, 2021*

*Course Location :*
*GTL LMS*

*Corrections Rehabilitation Institute*



**Corrections Rehabilitation Institute**

# Certificate of Completion

*Presented To*

## *RENATO CONSUEGRA- CLEMENTE*

*For Successfully Completing*

### *Identification Package*

Completion Date :
December 13, 2021

Course Location :
GTL LMS

*Corrections Rehabilitation Institute*

# *i-Pathways*

# **Certificate of Completion**

## Presented To

### *RENATO CONSUEGRA- CLEMENTE*

---

### *For Successfully Completing*

**i-Pathways Test Preparation Course: Basic Writing**

Completion Date :
December 29, 2021

Course Location :
GTL LMS

*i-Pathways*



**Corrections Rehabilitation Institute**

# Certificate of Completion

*Presented To*

### *RENATO CONSUEGRA- CLEMENTE*

---

*For Successfully Completing*

**Time Management**

*Completion Date :*
*December 10, 2021*

*Course Location :*
*GTL LMS*

*Corrections Rehabilitation Institute*



**Corrections Rehabilitation Institute**

# Certificate of Completion

*Presented To*

### *RENATO CONSUEGRA- CLEMENTE*

---

*For Successfully Completing*

**Financial Literacy**

*Completion Date :*
*December 14, 2021*

*Course Location :*
*GTL LMS*

*Corrections Rehabilitation Institute*



**Corrections Rehabilitation Institute**

# Certificate of Completion

*Presented To*

## *RENATO CONSUEGRA- CLEMENTE*

---

*For Successfully Completing*
### *Entrepreneurship*

*Completion Date :*
*December 15, 2021*

*Course Location :*
*GTL LMS*

*Corrections Rehabilitation Institute*



**Corrections Rehabilitation Institute**

# Certificate of Completion

*Presented To*

## *RENATO CONSUEGRA- CLEMENTE*

*For Successfully Completing*

**Expectations and Outcomes**

*Completion Date :*
*December 15, 2021*

*Course Location :*
*GTL LMS*

*Corrections Rehabilitation Institute*



**Corrections Rehabilitation Institute**

# Certificate of Completion

*Presented To*

## RENATO CONSUEGRA- CLEMENTE

*For Successfully Completing*

**Family and Community Reunification**

*Completion Date :*
*December 14, 2021*

*Course Location :*
*GTL LMS*

*Corrections Rehabilitation Institute*



**Corrections Rehabilitation Institute**

# Certificate of Completion

*Presented To*

## *RENATO CONSUEGRA- CLEMENTE*

---

*For Successfully Completing*

**Anger Management**

*Completion Date :*
*December 10, 2021*

*Course Location :*
*GTL LMS*

*Corrections Rehabilitation Institute*



**Corrections Rehabilitation Institute**

# Certificate of Completion

*Presented To*

## *RENATO CONSUEGRA- CLEMENTE*

*For Successfully Completing*

**Contemporary Technology Skills - v2**

*Completion Date :*
*December 15, 2021*

*Course Location :*
*GTL LMS*

*Corrections Rehabilitation Institute*



**Corrections Rehabilitation Institute**

# Certificate of Completion

*Presented To*

## *RENATO CONSUEGRA- CLEMENTE*

---

*For Successfully Completing*

**Conflict Resolution**

*Completion Date :*
*December 15, 2021*

*Course Location :*
*GTL LMS*

*Corrections Rehabilitation Institute*



**Corrections Rehabilitation Institute**

# Certificate of Completion

*Presented To*

## *RENATO CONSUEGRA- CLEMENTE*

---

*For Successfully Completing*

### *Behavior Change*

*Completion Date :*
*December 15, 2021*

*Course Location :*
*GTL LMS*

*Corrections Rehabilitation Institute*



**Corrections Rehabilitation Institute**

# Certificate of Completion

*Presented To*

## *RENATO CONSUEGRA- CLEMENTE*

---

*For Successfully Completing*

**Basic Education**

*Issued Date :*
*December 15, 2021*

*Course Location :*
*GTL LMS*

*Corrections Rehabilitation Institute*



**Corrections Rehabilitation Institute**

# Certificate of Completion

*Presented To*

## *RENATO CONSUEGRA- CLEMENTE*

---

*For Successfully Completing*

**Career Resources**

*Completion Date :*
*December 15, 2021*

*Course Location :*
*GTL LMS*

*Corrections Rehabilitation Institute*