# EXHIBIT B

# EXHIBIT B

# Certificate of Achievement



is hereby granted to
**CLEMENTE CONSUEGRA**
to certify that he/she has completed to satisfaction

# Volunteer Marshall Detainee Program Food Service

Granted: July 26, 2022

 

 

80

**Facilty: NSDC**  **VOLUNTEER WORK PROGRAM**

| Name | CONSUEGRA, CLEMENTE | Work Assignment | AM KITCHEN | Detainee Reg # | 56157048 |
|---|---|---|---|---|---|
| Unit / Pod | G3-08A | | | Week Ending | 7/26/2022 |

| WEEKDAY | Daily Hrs | | DATE | Pay | | Detainee Evaluation | Detainee Training Conducted | Yes |
| | CODE | HOURS | | Rate | X-HRS | | | |
|---|---|---|---|---|---|---|---|---|
| WEDNESDAY | | 8.0 | 7/20/2022 | $ 0.40 | $ 3.20 | Job Performance Rating ==> | Satisfactory | |
| THURSDAY | | 0.0 | 7/21/2022 | $ 0.40 | $ - | | | |
| FRIDAY | | 8.0 | 7/22/2022 | $ 0.40 | $ 3.20 | DETAINEE SIGNATURE | | |
| SATURDAY | | 8.0 | 7/23/2022 | $ 0.40 | $ 3.20 | x [signature] | | |
| SUNDAY | | 8.0 | 7/24/2022 | $ 0.40 | $ 3.20 | SUPERVISOR'S NAME (PRINT) | SUPERVISOR'S SIGANATURE | |
| MONDAY | | 8.0 | 7/25/2022 | $ 0.40 | $ 3.20 | Turnbo | x  Turnbo | |
| TUESDAY | | 8.0 | 7/26/2022 | $ 0.40 | $ 3.20 | | | |
| TOTAL | | 48.00 | $ | | 19.20 | Date of Hire | 1-Jul-21 | |

NOTE: FOR DAYS MISSING WORDED HOURS EXPLAIN BY INSERTING APPLICABLE CODE:

| Off= Day Off | H/M= Hosp | AD= Ad/Seg | UA= Unauth Ab | Vis= Visit | Trm= Terminated |