# EXHIBIT C

# EXHIBIT C

August 31, 2022

TO: Honorable Judge James C. Mahan
U.S. District Court

I am writing this letter to support Renato Consuegra on his upcoming hearing.

 My name is Mario Garcia I am 49 years old and live in Las Vegas, Nevada. I am the owner of a landscaping company (Garcia Landscaping & Lawn Service INC.)  My father started this company back in 1972 and in 1977 I took over.
I am aware that Renato is serving a sentence on a federal charge, I was very surprised when I got the call me letting me know that he had being detained on his way to work. Never in the 18 years that I've known him did I have a problem with him, he was always on time and his work ethic was excellent. The crime that he committed is unacceptable and I am very disappointed on his judgment. My relationship with Renato is boss to employee, and rarely follow up on his personal life, I have spoken to him on some occasions, when he's called every few months while he has been detained these past years. My opinion of Renato judge… is that people make mistakes, everyone deserves a second chance to redeem themselves. Also, his family, I know he has four kids and of course they are still young and need a father in their lives. I believe that with the time he has spent detained, he had time to reflect on his errors, he is older and more mature of thought process. I believed that if given a second chance, he will do great and excel in his personal and work life.

I thank you for your time and hope that this letter helps guide your judgment towards his case.


Best Regards,

Mario Garcia

Dear Honorable Judge James C. Mahan:

My name is Ana Mares and I am pleading on behalf of my husband, Renato Consuegra, who is scheduled to appear in your court for sentencing on September 7, 2022.

I have been married to Renato for over 7 years and we have a home here in Las Vegas. He has been a great husband to me and a great father to our two children. I have been a dental assistant for Children's Dentistry for 2 years and I love working with children, especially those at Child Haven.

When I learned about his incarceration I was stunned, as he is such a positive person. I ask that you be lenient and allow him to show society he has changed for the better and allow our family to be reunited.

I respect your decision and know that justice has to be done in a civil society but ask you to consider his time already served and the fact that he is not a danger to society. He is the type of person that will help those in need. The sooner Renato is able to be united with his family and start working hard, the sooner he will show you Honorable judge that he can lead a changed life.

Sincerely,

Ana Mares
wife