JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
EDWARD G. VERONDA
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Edward.G.Veronda@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00018-JCM-EJY |
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE** |
| RENATO CONSUEGRA-CLEMENTE | |
| Defendant. | |

The United States of America, by and through the undersigned Assistant United States Attorney, hereby notifies the Court that Edward G. Veronda, Assistant United States Attorney has been assigned as counsel in the above captioned case.

Dated: May 17, 2024.

                                              Respectfully Submitted,

                                              JASON M. FRIERSON
                                              United States Attorney

                                              */s/ Edward G. Veronda*
                                              EDWARD G. VERONDA
                                              Assistant United States Attorney

**ELECTRONIC CERTIFICATE OF SERVICE**

I, undersigned, hereby certify that I am an employee of the United States Attorney's Office, District of Nevada, and that on this day an electronic copy of the foregoing **NOTICE OF APPEARANCE** was served upon counsel of record, via Electronic Case Filing (ECF).

DATED THIS: Friday, May 17, 2024.

*/s/ Edward G. Veronda*
EDWARD G. VERONDA
Assistant United States Attorney