UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Renato Consuegra-Clemente

Case No.: 2:20CR00018

REQUEST TO INITIATE TRANSFER OF JURISDICTION

September 19, 2024

TO: The Honorable James C. Mahan
    Senior United States District Judge

On December 14, 2022, Consuegra-Clemente was sentenced in the District of Nevada to 60 months custody, followed by five years of supervised release for committing the offense of Conspiracy to Distribute a Controlled Substance- Methamphetamine, Distribution of a Controlled Substance- Methamphetamine; and Aiding and Abetting. Supervised release commenced on January 11, 2024. Consuegra-Clemente was deported from the United States on January 26, 2024.

On April 14, 2024, in the Southern District of Texas Consuegra-Clemente who has been previously deported, was found in the United States, having not obtained the express consent of the Secretary of the Department of Homeland Security to reenter the United States. On April 30, 2024, Consuegra-Clemente was formally indicted on the charge of Illegal Entry After Deportation, in violation of 8 USC section 1326; a felony. The case number for this case is 24CR00474.

Due to the above circumstances, we are respectfully requesting that transfer of jurisdiction be initiated to the Southern District of Texas.

Respectfully submitted,

Brianna King
Digitally signed by Brianna King
Date: 2024.09.19 11:59:20 -07'00'

Brianna King
United States Probation Officer

ADDENDUM TO PETITION (Probation Form 12)
RE: Renato Consuegra-Clemente

Approved:

Digitally signed by Steve Goldner
Date: 2024.09.19 11:55:18 -07'00'

Steve Goldner
Supervisory United States Probation Officer