**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Renato Consuegra-Clemente

Case No.: 2:20CR00018

REQUEST TO INITIATE TRANSFER OF JURISDICTION

September 19, 2024

TO: The Honorable James C. Mahan
    Senior United States District Judge

On December 14, 2022, Consuegra-Clemente was sentenced in the District of Nevada to 60 months custody, followed by five years of supervised release for committing the offense of Conspiracy to Distribute a Controlled Substance- Methamphetamine, Distribution of a Controlled Substance- Methamphetamine; and Aiding and Abetting. Supervised release commenced on January 11, 2024. Consuegra-Clemente was deported from the United States on January 26, 2024.

On April 14, 2024, in the Southern District of Texas Consuegra-Clemente who has been previously deported, was found in the United States, having not obtained the express consent of the Secretary of the Department of Homeland Security to reenter the United States. On April 30, 2024, Consuegra-Clemente was formally indicted on the charge of Illegal Entry After Deportation, in violation of 8 USC section 1326; a felony. The case number for this case is 24CR00474.

Due to the above circumstances, we are respectfully requesting that transfer of jurisdiction be initiated to the Southern District of Texas.

Respectfully submitted,

Brianna King
Digitally signed by Brianna King
Date: 2024.09.19 11:59:20 -07'00'

Brianna King
United States Probation Officer

ADDENDUM TO PETITION (Probation Form 12)
RE: Renato Consuegra-Clemente

Approved:

Digitally signed by Steve Goldner
Date: 2024.09.19 11:55:18 -07'00'

_____

Steve Goldner
Supervisory United States Probation Officer

PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Tran. Court)*
2:20CR00018

**DOCKET NUMBER** *(Rec. Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Renato Consuegra-Clemente<br>Southern District of Texas | Nevada | U.S. Probation Office |

**NAME OF SENTENCING JUDGE**
James C. Mahan

| DATES OF PROBATION/SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 1/11/2024 | 1/10/2029 |

**OFFENSE**
Conspiracy to Distribute a Controlled Substance- Methamphetamine, Distribution of a Controlled Substance- Methamphetamine; and Aiding and Abetting.

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Violation of supervision and deportation.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF  Nevada

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  Southern District of Texas  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

September 23, 2024
*Date*

*/s/ James C. Mahan*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE  Southern  DISTRICT OF  Texas

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____
*Effective Date*

_____
*United States District Judge*

1